IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JAMES ARTHUR WARD, JR., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LIFE INSURANCE COMPANY )<br>OF NORTH AMERICA, )<br>)<br>Defendant. ) | **J-U-D-G-M-E-N-T**<br><br>1:08CV675 |

For the reasons set out in an Order filed simultaneously herewith,

**IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff's motion for summary judgment (docket no. 17) is **DENIED**, that Defendant's motion for summary judgment (docket no. 22) is **DENIED,** and that the matter is **REMANDED** to the Plan Administrator for a full and fair review of Plaintiff's claim.

_____
WALLACE W. DIXON
United States Magistrate Judge

Durham, NC
August 26, 2009